**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2024

**SCOTT HOLCOMB**
Direct Line: 404.445.5205
scott@holcombward.com

January 26, 2024

**VIA ECF**

Hon. Valerie Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Jamie DellaPolla v. Rocco Guidicipietro*, Civil Action No. 23-cv-10739-VEC
             Consent Request for Adjournment of Initial Pretrial Conference scheduled for
             February 2, 2024

Dear Judge Caproni:

      I represent Defendant Rocco Guidicipietro in the above-referenced civil action. Pursuant to Section 2(C) of your Individual Rules of Practice, Defendant requests, with Plaintiff's consent, that the Initial Pretrial Conference (IPTC) scheduled for February 2, 2024, be adjourned until February 16, 2024, or February 23, 2024. This is the first request for an adjournment of the IPTC. The reasons for the request are as follows:

      Defendant was not aware that an IPTC had been scheduled in this case until today when Plaintiff provided Defendant with a copy of the Court's December 11, 2023, Notice of Initial Pretrial Conference by email this morning at 11:21 a.m. Consequently, Defendant was not aware until today that the parties had been directed to submit a joint letter to the court yesterday, January 25, 2024. Plaintiff filed the Complaint in this matter on December 8, 2023, but did not request that Defendant accept service until January 17, 2024. My associate, Holly Cole, will be handling this matter while I am temporarily away from the practice of law as a serving member of the Georgia House of Representatives currently in its legislative session from January through March. Ms. Cole will be submitting a motion for admission pro hac vice. (I am admitted to practice before this Court.)

Defendant also requests that the IPTC be conducted telephonically. The parties are available for a telephonic conference on February 16, 2024. If the Court requires an in-person conference, the parties are available on February 23, 2024.

Sincerely,

*Michael Scott Holcomb*

Michael Scott Holcomb
*Counsel for Defendant*
*New York Bar No. 4972964*

cc: O. Williams Igbokwe, Esq. (via ECF)

---

Application GRANTED.  The Initial Pretrial Conference scheduled for **Friday, February 2, 2024** is ADJOURNED to **Friday, February 23, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint submission must be filed no later than **February 15, 2024**. For the contents of the submission, the parties are directed to Dkt. 2.

SO ORDERED.

*Valerie Caproni*       1/25/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE