# Exhibit 8

# Motion to Dismiss

# IGBOKWE, PLLC

28 LIBERTY STREET, 6TH FLOOR
NEW YORK, NEW YORK 10005
PHONE (347) 467 - 4674
FACSIMILE (347) 467 - 6367

December 11, 2023

*VIA* **DR PORTAL**

FINRA DISPUTE RESOLUTION
ATTN: ARBITRATORS
200 LIBERTY STREET
NEW YORK, NY 10281

RE: ROCCO GUIDICIPIETRO v. JAMIE DELLAPOLLA
Case No. 23-02187

Dear Sirs/Madams,

This firm represents the Respondent in the above referenced matter. We submit this letter motion to request a stay in the proceedings in the above-named case. The Respondent has initiated a legal action in the Southern District of New York under the case name DellaPolla v. Guidicipietro, docket number 23-cv-10739. This legal action challenges various aspects, including the validity of the purported arbitration agreement concerning the Claimant's Statement of Claim.

In light of the pending legal action in the Southern District of New York, we respectfully seek a stay in the current proceedings until such time as the Southern District renders a determination on the matters at hand. This stay will allow for a more comprehensive and judicious consideration of the issues involved, preventing any potential conflicts or inconsistencies between the two concurrent legal proceedings.

We appreciate the court's consideration of this request,

Respectfully Submitted,

Cc: Scott Holcomb, Esq., *Via DR Portal*
Christal T. Dolly, *Via DR Portal*

O. Williams Igbokwe, Esq.
Managing Partner