# Exhibit 10

# Motion to Dismiss

©2024 FINRA. All rights reserved.

# ORDER

**Submitted By:** Nancy Kramer (On behalf of the arbitration panel)
**Submitted Date:** 01/29/2024 10:07:23 AM EST

**Case ID & Parties:**
*FINRA Dispute Resolution Services*
ORDER

**Case Number:** 23-02187

**In the Matter of the Arbitration Between**

| Claimant(s) | VS | Respondent(s) |
|---|---|---|
| Rocco Guidicipietro | | Jamie DellaPolla |

## PREHEARING CONFERENCE

1. Was a prehearing conference held in the above captioned matter?
   ○ Yes
   ● **No**

## ISSUES ADDRESSED

2. Issues addressed: (i.e., name of motion or request, by which party)
   ● **The following pleadings have been addressed:**

> *Respondent Motion to stay arbitration pending complaint filed in Federal court to challenge FINRA arbitration. Complainant responded with an Opposition to the Motion.*

## ORDER DECIDED BY

3. Decided by:
   ○ Chairperson
   ● **Panel**

## RULINGS

4. Rulings:
   ● **After considering the pleadings submitted by the parties (and oral arguments, if prehearing conference held), the Panel/Chairperson rules as follows:**

> *The Motion is denied--the Arbitration hearing will be held.*
> *FINRA is requested to poll the parties and panel for a hearing schedule.*

5. Order compliance date:
- ○ The parties should comply with this order by _____
- ● **Not applicable**

## ASSESSMENT OF FEES

6. Cost of prehearing conference:
- ● **If the parties settle this matter with no further hearings, the forum fees for this prehearing conference (or discovery-related motion decided without a prehearing conference) are assessed as follows:**

    **25**% to Claimant(s), jointly and severally

    **75**% to Respondent(s), jointly and severally

    _____% assessed to _____

    _____% assessed to _____

    _____% assessed to _____

    _____% assessed to _____

- ○ Not applicable

## ATTACHMENTS

There are no attached documents.