USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE DELLAPOLLA,

                Plaintiff,

    -against-

ROCCO GUIDICIPIETRO,

                Defendant.

1:23-CV-10739(VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS the Initial Pretrial Conference was scheduled for **February 23, 2024** at **10:00 A.M.**, *see* Dkt. 16;

    IT IS HEREBY ORDERED that the Initial Pretrial Conference will take place on **February 23, 2024** at **2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated:   February 21, 2024
           New York, New York

                                               **VALERIE CAPRONI**
                                          **United States District Judge**