USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMIE DELLAPOLLA,

                    Plaintiff,

    -against-

ROCCO GUIDICIPIETRO,

                    Defendant.

23-CV-10739 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 23, 2024, the parties appeared before the Court for an Initial Pretrial Conference.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is denied as moot in light of Plaintiff's intent to amend the Complaint.

IT IS FURTHER ORDERED that Plaintiff's deadline to amend the Complaint is **Thursday, February 29, 2024**. Defendant's response to the Amended Complaint must be filed no later than **Thursday, March 14, 2024**.

IT IS FURTHER ORDERED that discovery is STAYED *sine die*.

The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 13.

**SO ORDERED.**

Dated:  February 26, 2024
         New York, New York

                                          **VALERIE CAPRONI**
                                          **United States District Judge**